

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

v.                                                CRIMINAL NO. 18- Cr-26

JUSTIN DAVID MAY

FILED
JAN 2 5 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER FOR BENCH WARRANT

AND NOW, this 25th day of January, 2018, on motion of Louis D. Lappen, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE LINDA K. CARACAPPA
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. CRIMINAL NO. 18- Cr 26

JUSTIN DAVID MAY

FILED
JAN 2 5 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

MOTION FOR BENCH WARRANT

AND NOW, this 25th day of January, 2018, Louis D. Lappen, United States Attorney for the Eastern District of Pennsylvania, and Michael S. Lowe, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

LOUIS D. LAPPEN
United States Attorney

Michael S. Lowe
Assistant United States Attorney