

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Michael S. Lowe*
*Direct Dial: (215) 861-8534*
*Facsimile: (215) 861- 8618*
*E-mail Address: mike.lowe@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 26, 2018

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Under States v. Justin David May    $18-CR-26$ -File

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on January 25, 2018.

Very truly yours,

LOUIS D. LAPPEN
United States Attorney

Michael S. Lowe
Assistant United States Attorney