IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: February 6, 2018 |
| | : | |
| vs. | : | |
| | : | |
| JUSTIN DAVID MAY | : | Criminal No. 18-26-01 |

**TAKE NOTICE** that the above-entitled case has been set for a **PRE-TRIAL MOTION HEARING** on Friday March 16, 2018 at 9:30 a.m.  **TRIAL** on Monday April 2, 2018 at 9:30 a.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Joel H. Slomsky , in Courtroom 13A, 13th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM,

      Very truly yours,

      *S/ Matthew J. Higgins*
      Matthew J. Higgins
      Deputy Clerk to Judge Slomsky

Notice to:
N. TAYLOR-SMITH, Esq.,  Defense Counsel,
M. LOWE,  A.U.S.A.
U.S. Marshal
Probation Office
B. BROOKS,  Pretrial Services
Larry Bowman