IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **V.** : | **CRIMINAL NUMBER 18-026-1** |
| : | |
| **JUSTIN DAVID MAY** : | |

## O R D E R

**AND NOW,** this _____ day of _____, 2018, upon consideration of the Defendant's Unopposed Motion for Continuance of Trial, it is hereby **ORDERED** that the motion is **GRANTED**.  The Court finds that the parties need additional time to determine whether a non-trial disposition can be negotiated and if not the defense needs more time to prepare for trial.  Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Trial in this matter shall begin on the _____ day of _____, 2018.

BY THE COURT:

_____
HONORABLE JOEL H. SLOMSKY
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 18-026-1 |
| | : | |
| JUSTIN DAVID MAY | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

Justin David May, by his counsel undersigned, respectfully requests that the Court continue the trial. In support of this request, it is stated:

1. On January 26, 2018, Mr. May was arraigned before The Honorable Linda K. Caracappa and entered a plea of not guilty to the instant indictment.

2. The trial is scheduled to begin on April 2, 2018.

3. The defense has requested and is awaiting discovery. The defense needs additional time to review the discovery materials, speak with Mr. May, conduct any necessary investigations, determine if a non-trial disposition is possible and otherwise prepare for trial.

4. Defense counsel is aware that the Government filed a motion for complex case declaration. A continuance of not less than ninety (90) days is respectfully requested.

5. Assistant United States Attorney Michael S. Lowe has no objection to this continuance motion.

6. Defense counsel stipulates that the time from the filing of this motion until the trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7).

7. Attached hereto is Mr. May's written consent waiving his speedy trial rights in this matter.

**WHEREFORE,** for the foregoing reasons, the defense respectfully requests that this motion be granted.

Respectfully submitted,

/s/ Natasha Taylor-Smith
NATASHA TAYLOR-SMITH
Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

I, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the Defendant's Unopposed Motion for Continuance of Trial, by electronic notification and/or hand delivery to his office, upon Michael S. Lowe, Assistant United States Attorney, office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

/s/ Natasha Taylor-Smith
NATASHA TAYLOR-SMITH
Assistant Federal Defender

DATE:     February 7, 2018