IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-026 |
| JUSTIN DAVID MAY | : | |

### ORDER

AND NOW, this 12th day of February 2018, upon consideration of the Government's Unopposed Motion for Complex Case Declaration, it is ORDERED that the Government's motion is hereby **GRANTED**.

BY THE COURT:

_____
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*