IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 18-026-1 |
| | : | |
| JUSTIN DAVID MAY | : | |

## CONSENT

I, __Justin David May__ ("Defendant"), have consulted with my counsel concerning my right under the Speedy Trial Act and my right to a speedy trial under the sixth Amendment to the U.S. Constitution. I do not oppose a continuance of my trial, now scheduled for __April 2, 2018,__ and agree that the ends of justice served by a continuance outweighs the best interest of the public and myself in a speedy trial. I understand that the time, between the filing of a Motion to Continue and the new trial date to be set by the Court, will be excluded for purposes of computing the time within which my trial must commence under the Speedy Trial Act, and I also agree that this delay will not deprive me of my speedy trial rights under the Sixth Amendment. I understand that if I do not wish to sign this document, the Court will hold a hearing at which I will be present.

_____     _____
Witness Signature                   Defendant

                                    _____
                                    Date