AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern    District of    Pennsylvania

United States of America
v.

Case No.    18-cr-26

Justin David May
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Justin David May

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:1341,3559(g) - Mail Fraud
18:1956(a)(1)(B)(i) - Money Laundering
18:2314,3559(g) - Interstate Transportation of Goods Obtained by Fraud
26:7201 - Tax Evasion
18:2 - Aiding and Abetting

Date:    01/25/2018

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state:    Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1·25·18 , and the person was arrested on *(date)* 1-26-18 at *(city and state)* PA . |
| Date: 1-26-18 |

7 BE
*Arresting officer's signature*

*Printed name and title*