IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: March 6, 2018 |
| vs. | : | |
| JUSTIN DAVID MAY | : | Criminal No. 18-26-01 |

**TAKE NOTICE** that the above-entitled case has been set for a **PRE-TRIAL MOTION HEARING** on Wednesday August 15, 2018 at 9:30 a.m. **TRIAL** on Monday September 10, 2018 at 9:30 a.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Joel H. Slomsky, in Courtroom 13A, 13th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

☐ INTERPRETER REQUIRED
XX THIS PROCEEDING HAS BEEN RESCHEDULED FROM, AUGUST 15, 2018

Very truly yours,

*S/ Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk to Judge Slomsky

Notice to:
N. TAYLOR-SMITH, Esq., Defense Counsel,
M. LOWE, A.U.S.A.
U.S. Marshal
Probation Office
B. BROOKS, Pretrial Services
Larry Bowman