1/26/18PS 8
Rev 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Justin David May                                      Docket No. 2:18CR00026-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Brittney N. Brooks, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Justin David May, who was placed under pretrial release supervision by the Honorable Linda K. Caracappa sitting in the Court at Philadelphia, on January 26, 2018, under the following conditions:

1. Report as directed by Pretrial Services.
2. Attend mental health services under the guidance and supervision of Pretrial Services.
3. Travel is restricted to Eastern District of Pennsylvania and District of Delaware.
4. Surrender/Do not obtain passport.
5. Surrender/ Do not obtain firearms.
6. No contact with co-defendants or potential witnesses.
7. Seek Employment.
8. Computer restrictions: Defendant is permitted use of computers or connected devices, is permitted to access the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitor software.

Respectfully presenting petition for action of Court and for cause as follows:

1. The defendant is supervised in the District of Delaware by United States Pretrial Services Officer Armando Gonzalez.

2. Officer Gonzalez has been unable to adequately monitor Mr. May's computer usage. According to Officer Gonzalez, Mr. May owns an Apple laptop which, at this time, is not compatible with their computer monitoring software.

3. Government counsel and Defense Counsel have agreed to the removal of the computer monitoring condition.

PRAYING THAT THE COURT WILL ORDER the removal of the computer monitoring condition.

ORDER OF COURT

Considered and ordered this __20th__ day of __November__, 20_18_ and ordered filed and made a part of the records in the above case.

_____Joel Slomsky_____
The Honorable Joel H. Slomsky
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____Brittney Brooks_____
Brittney N. Brooks
U.S. Pretrial Services Officer

Place: Philadelphia
Date: August 30, 2018