PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Justin David May            Docket No. 2:18CR000026-001

Petition for Action on Conditions of Pretrial Release

COMES NOW, Brittney N. Brooks, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Justin David May, who was placed under pretrial release supervision by the Honorable Linda K. Caracappa sitting in the Court at Philadelphia, on January 26, 2018, under the following conditions:

1. Report as directed to Pretrial Services.
2. Surrender/Do not possess firearms/dangerous weapons.
3. Surrender/Do not apply for a passport.
4. Mental Health treatment under guidance of Pretrial Services.
5. Travel restricted to the Eastern District of Pennsylvania and District of Delaware.
6. No contact with codefendants, victims, or witnesses involved in the instant offense.
7. Actively seek employment.
8. Computer monitoring: permitted use of computers with monitoring software.
   *On November 18, 2018, this condition was removed by the Honorable Joel H. Slomsky.*

As a further condition, defendant shall not commit a Federal, State, or local crime during the period of release.

Respectfully presenting petition for action of Court and for cause as follows:

1. The subject has been on Pretrial supervision since January 26, 2018. He is supervised in the District of Delaware by Probation Officer Armando Gonzalez.

2. On July 22, 2019, the defendant was arrested by Federal Agents. He is charged in an Indictment with 22 counts of Mail Fraud between November 2018 and June 2019, in violation of 18 U.S.C. § 1344.

3. Mr. Mays will make his initial appearance in Magistrate Court, today, before the Honorable Magistrate Judge Sandra Carol Moore Wells. Attached is a copy of the indictment.

PRAYING THAT THE COURT WILL ORDER will issue an immediate warrant for the arrest of the defendant and that he be ordered detained pending violation hearing before the Honorable Joel H. Slomsky.

ORDER OF COURT

Considered and ordered this 22ND day of JULY, 2019 and ordered filed and made a part of the records in the above case.

_____
The Honorable Chad F. Kenney

I declare under penalty of perjury that the foregoing is true and correct.

_____
Brittney N. Brooks
U.S. Pretrial Services Officer
Place: Philadelphia
Date: July 22, 2019

cc: Pretrial Services
Marshals (2)(Email)