
# UNITED STATES DISTRICT COURT
for the

EASTERN District of PA

| United States of America | ) |
| v. | ) Case No.  18-CR-26 |
| JUSTIN DAVID MAY | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JUSTIN DAVID MAY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date:   07/22/2019

Angela Burge
*Issuing officer's signature*

City and state:   Philadelphia, PA

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-22-19, and the person was arrested on *(date)* 7-22-19
at *(city and state)* DE

Date:   7-22-19

FBI
*Arresting officer's signature*

*Printed name and title*