## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBERS: 18-26-01** |
| | : | **19-417-01** |
| | : | |
| **JUSTIN DAVID MAY** | : | |

# O R D E R

**AND NOW**, this _____ day of _____, 2019, upon consideration of the Motion

for Release Prior to Sentencing, it is hereby **ORDERED** that said Motion is **GRANTED**.

**BY THE COURT:**


_____
**THE HONORABLE JOEL H. SLOMSKY**
**Senior United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NUMBERS: 18-26-01** |
| | : | **19-417-01** |
| | : | |
| JUSTIN DAVID MAY | : | |

**DEFENDANT'S MOTION**
**FOR RELEASE PRIOR TO SENTENCING**

Justin David May, by his counsel undersigned, respectfully requests that the Court

continue the trial.  In support of this request, it is stated:

1.      On or about January 25, 2018, Justin David May was charged by way of

indictment with 24 counts of mail fraud and aiding and abetting, in violation of 18 U.S.C. §1341,

3559 (g); 16 counts of money laundering, in violation of 18 U.S.C. §1956(a)(1)(B)(i); 3 counts

of interstate transportation of stolen goods, in violation of 18 U.S.C. §2314 and 3559(g)(1); and

2 counts of tax evasion, in violation of 26 U.S.C. §7201.

2.      On or about September 6, 2018, Mr. May pled guilty to these offenses pursuant to

a guilty plea agreement and he remained free on pre-trial release pursuant to conditions.

3.      On or about July 19, 2019, Mr. May was arrested on new charges.

4.      As a result of the new offenses, Mr. May was detained and remains in custody.

5.      On or about September 12, 2019, Mr. May pled guilty to the new offenses before

this Court and sentencing is presently scheduled for January 10, 2020.

6.      A defendant's release pending sentence is governed by the Bail Reform Act.  See

18 U.S.C. § 3143(a)(1); Fed.R.Crim.P. 46(c).  In general, the court must release a defendant

pending sentence if the court finds "by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c)."  18 U.S.C. § 3143(a)(1).

7.      Mr. May suffers from several psychological disorders including Attention Deficit Hyperactivity Disorder and Autism.

8.      Prior to his incarceration Mr. May was being treated by Dr. Norman Broudy, MD. and was prescribed Vyanse to help control his mood and assist him with functioning and completing his activities of daily living.

9.      Mr. May is no longer receiving his medication and he is experiencing difficulty focusing, sleeping, and functioning in the Federal Detention Center.

10.     Prior to his incarceration, Mr. May was living alone at 3102 Albemarle Road, Wilmington, DE.

11.     If this Court were to order Mr. May to be released on electronic monitoring, he would be able to reside with his mother, Susan Stanton, at 307 Stanley Plaza Boulevard, Newark, DE 19713.

12.     Mr. May's family is willing to post collateral in the form of a property located at 217 Florence Avenue, Wilmington, DE 19803.

13.     In view of the above, there are conditions that could be set that will reasonably assure Mr. May's appearance at trial and the safety of the community under section 3142(c).

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that, pending sentencing in this matter, Mr. May be released on house arrest with the following conditions.

- House Arrest with Electronic Monitoring at 307 Stanley Blvd., Newark, DE; and

- He will re-engage and continue with mental health treatment with Dr. Norman Broudy

Respectfully submitted,

/s/ *Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender

3

## <u>CERTIFICATE OF SERVICE</u>

I, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of Defendant's Motion for Release Prior to Sentencing electronically through Eastern District Clerk's Office Electronic Case Filing upon Michael Lowe, Assistant United States Attorney, Suite 1250 - United States Attorney's Office, 615 Chestnut Street, Philadelphia, Pennsylvania 19106.


*/s/ Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender


DATE:          November 7, 2019

# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 540 WEST -- THE CURTIS
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| *LEIGH M. SKIPPER*<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER (215) 928-1100<br>FAX NUMBER    (215) 928-1112<br>FAX NUMBER    (215) 928-0822<br>FAX NUMBER    (215) 861-3159 | *HELEN A. MARINO*<br>FIRST ASSISTANT FEDERAL<br>DEFENDER |

November 7, 2019

The Honorable Joel H. Slomsky
United States District Court Judge
Room 13614 - United States Courthouse
601 Market Street
Philadelphia, PA 19106

> *RE:*   <u>**United States v. Justin David May**</u>
> *Criminal Numbers 18-26-01, 19-417-01*

Dear Senior Judge Slomsky:

Enclosed please find two courtesy copies of the Defendant Justin David May's Motion for Release Prior to Sentencing. This motion was electronically filed on November 7, 2019.

Respectfully,


NATASHA TAYLOR-SMITH
Assistant Federal Defender

NTS/te
Enclosure

cc: Michael Lowe, Assistant United States Attorney