IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN DAVID MAY,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 18-0026 |

## **ORDER**

**AND NOW**, this 3rd day of December 2019, upon consideration of Defendant's Motion for Release Prior to Sentencing (Doc. No. 37), the Government's Response in Opposition (Doc. No. 38), and the testimony of witnesses and the arguments of counsel at the hearing on the Motion held on this day, it is **ORDERED** that Defendant's Motion for Release Prior to Sentencing (Doc. No. 37) is **DENIED** for the reasons stated by the Court at the hearing.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.