IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBERS:  18-26-01 |
| | : | 19-417-01 |
| JUSTIN DAVID MAY | : | |

## ORDER

And now, this __4th__ day of __DECEMBER__ 2019, it is hereby **ORDERED** that the Bureau of Prisons and the Federal Detention Center in Philadelphia should release their medical, psychological and psychiatric records for Defendant Justin David May, Inmate No. 16415-066, and provide a copy of Defendant's complete medical file to Defense Counsel.

BY THE COURT:

_Joel Slomsky_
**HONORABLE JOEL H. SLOMSKY**
Senior United States District Court Judge