IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBERS:** 18-26-01 |
| | : | 19-417-01 |
| **JUSTIN DAVID MAY** | : | |

## O R D E R

**AND NOW**, this _____ day of _____, 20___, upon consideration of the Defendant's Unopposed Motion to Consolidate Cases, it is hereby **ORDERED** that the motion is **GRANTED**; and it is hereby further **ORDERED** that the Indictment in Criminal Number 18-26 is hereby consolidated with the Indictment in Criminal Number 19-417 before the Honorable Joel H. Slomsky for sentencing and judgment.

BY THE COURT:

_____
**THE HONORABLE JOEL H. SLOMSKY**
**Senior United States District Court Judge**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBERS:** 18-26-01 |
| | : | 19-417-01 |
| | : | |
| **JUSTIN DAVID MAY** | : | |

### DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE CASES

Justin David May, by and through his attorney, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania and Michael Lowe, Assistant United States Attorney, hereby move to consolidate criminal case numbers 18-26 and 19-417, and allege the following in support of the motion:

1. Justin David May was charged by indictment on January 25, 2018, with 24 counts of mail fraud and aiding and abetting, in violation of 18 U.S.C. §1341, 3559 (g); 16 counts of money laundering, in violation of 18 U.S.C. §1956(a)(1)(B)(i); 3 counts of interstate transportation of stolen goods, in violation of 18 U.S.C. §2314 and 3559(g)(1); and 2 counts of tax evasion, in violation of 26 U.S.C. §7201.   The case was docketed at Criminal Number 18-26.  On or about September 6, 2018, Mr. May pled guilty to these offenses pursuant to a guilty plea agreement and he remained free on pre-trial release pursuant to conditions.

2. On July 18, 2019, the government filed an Indictment docketed at Criminal Number 19-417, charging Justin David May twenty two (22) counts of mail fraud in violation of 18 U.S.C. §1341.

3. Justin David May has pled guilty to these charges and is scheduled to be sentenced on January 10, 2020. The defendant and the government agree that both cases should be consolidated before Judge Slomsky for sentencing in order to conserve judicial resources and to allow the sentencing judge to impose a sentence with the benefit of a full view of the defendant's criminal activity and other factors relevant to determining an appropriate sentence.

**WHEREFORE**, the defendant, without opposition, respectfully moves this Honorable Court to consolidate case number 18-26 with case number 19-417 for sentencing and judgment.

Respectfully submitted,


*/s/ Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Defendant's Unopposed Motion to Consolidate Cases by electronic notification upon Michael S. Lowe, Assistant United States Attorney, office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

*/s/ Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender

DATE:   December 11, 2019