IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: March 3, 2021 |
| | : | |
| vs. | : | FILED UNDER SEAL |
| | : | |
| JUSTIN DAVID MAY | : | Criminal No. 18-26-01 |
| USM NO. 76415-066 | | 19-417-01 |

**NEW DATE & TIME**

**TAKE NOTICE** that the above-entitled case has been set for a **SENTENCING** on **THURSDAY JUNE 3, 2021 at 10:00 a.m.** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Joel H. Slomsky, in Courtroom **13A, 13th floor**.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

☐ INTERPRETER REQUIRED
 XX   THIS PROCEEDING HAS BEEN RESCHEDULED FROM, MARCH 8, 2021

Very truly yours,

*S/ Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk to Judge Slomsky

Notice to:
N. TAYLOR-SMITH, Esq., Defense Counsel,
M. LOWE, A.U.S.A.
U.S. Marshal
M. MAIER, Probation Office
B. BROOKS, Pretrial Services
Crystal Wardlaw