# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 18-026** |
| **JUSTIN DAVID MAY** | : | |

## ORDER

And now, this _____ day of _____, 2021, having considered the government's Motion to Dismiss Counts 21 through 30 of the Indictment, it is hereby **ORDERED** that the government's motion is **GRANTED.**

BY THE COURT:

_____
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 18-026** |
| **JUSTIN DAVID MAY** | : | |

## GOVERNMENT'S MOTION TO DISMISS COUNTS 21 THROUGH 30 OF THE INDICTMENT

Consistent with the plea agreement in this case and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court, the United States of America, by its undersigned counsel, Jennifer Arbittier Williams, Acting United States Attorney, and Michael S. Lowe, Assistant United States Attorney for the District, hereby moves for an order dismissing Counts 21 through 30 of the Indictment.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney


_____/s/_____
MICHAEL S. LOWE
Assistant United States Attorney

Dated:   June 2, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was served by electronic filing and electronic mail upon the following counsel of record:

>Natasha Taylor-Smith
>601 Walnut Street
>Suite 540 West
>Philadelphia, PA 19106
>Natasha_taylor-smith@fd.org

>_____/s/_____
>Michael S. Lowe
>Assistant U.S. Attorney

Date: June 2, 2021