# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 18-026** |
| **JUSTIN DAVID MAY** | : | |

## ORDER

And now, this 3rd day of June, 2021, having considered the government's Motion to Dismiss Counts 21 through 30 of the Indictment, it is hereby **ORDERED** that the government's motion is **GRANTED.**

BY THE COURT:

/s/Joel H. Slomsky, J.
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*